IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01533-MSK-CBS

BETTY J. PINKERTON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF TRANSPORTATION

    Defendant.

## ORDER

**MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER, having come before the Court upon Defendant's Unopposed Motion to Amend Answer to First Amended Complaint (*doc. no. 35*) and the Court having reviewed the motion and finding that good cause has been shown,

IT IS HEREBY ORDERED that the Defendant's motion is **GRANTED**, and Defendant's First Amended Answer to the First Amended Complaint is accepted for filing as of the date of this Order.

DATED at Denver, Colorado, this 26th day of July, 2006.

                BY THE COURT:

                *s/Craig B. Shaffer*
                Craig B. Shaffer
                United States Magistrate Judge