IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No.  05-cv-01533-MJW-CBS**

BETTY J. PINKERTON,

Plaintiff(s),

v.

COLORADO DEPARTMENT OF TRANSPORTATION,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

     This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on July 26, 2006, by Judge Marcia S. Krieger and was assigned to **Magistrate Judge Michael J. Watanabe** on July 26, 2006.

     Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Craig B. Shaffer is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

     IT IS FURTHER ORDERED that the Order of Reference to Magistrate Judge, entered by Judge Marcia S. Krieger on September 20, 2005, is VACATED.

     IT IS FURTHER ORDERED that a Final Pretrial Conference is now set before Magistrate Judge Michael J. Watanabe on November 7, 2006, at **8:30 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Watanabe five (5) business days prior to the Final Pretrial Conference date in compliance with the newly established CM/ECF filing procedures.

     Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.

     The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov.    Instructions for downloading in richtext

format are posted in the forms section of the website.   Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse,  901 19th Street, Room A-105, Denver, Colorado.

DATED THIS 2nd DAY OF AUGUST, 2006.

BY THE COURT:


s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge